PROSKAUER ROSE LLP
Elise M. Bloom
1585 Broadway
New York, New York  10036
T:  (212) 969-3000
F:  (212) 969-2900
Email: ebloom@proskauer.com
Attorneys for Defendant
The Coca-Cola Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x

JOSE LEONARDO ROMERO GARCIA,

        Plaintiff,

vs.

THE COCA-COLA COMPANY,

        Defendant.

Civil Action No.

**STATEMENT PURSUANT TO RULE 7.1**

**ECF Case**

------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Coca-Cola Company ("Coca-Cola") a nongovernmental corporate party, certifies that no publicly held corporation owns more than 10% of the stock of The Coca-Cola Company.

Dated: December 20, 2007

                              PROSKAUER ROSE LLP

                              By: *Elise M. Bloom*
                              Elise M. Bloom
                              1585 Broadway
                              New York, New York  10036
                              T:  (212) 969-3000
                              F:  (212) 969-2900
                              Email: ebloom@proskauer.com
                              Attorneys for Defendant
                              The Coca-Cola Company

8357/99999-502 Current/10470656v1