UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
JOSE LEONARDO ROMERO GARCIA,      :
:
        Plaintiff,      :  Civil Action No. 07-11444(VM)(JCF)
:
vs.      :
:
THE COCA-COLA COMPANY,      :  **ECF Case**
:
        Defendant.      :  **NOTICE OF APPEARANCE**
:
:
------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Nathaniel M. Glasser, Esq. of Proskauer Rose LLP as counsel of record in this case for defendant The Coca-Cola Company.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 26, 2007

                          Respectfully submitted,

                          Nathaniel M. Glasser
                          PROSKAUER ROSE LLP
                          1585 Broadway
                          New York, New York  10036-8299
                          Telephone:   212.969.3000
                          Facsimile:    212.969.2900
                          nglasser@proskauer.com

                          Attorneys for Defendant
                          The Coca-Cola Company