PROSKAUER ROSE LLP
Elise M. Bloom
1585 Broadway
New York, New York 10036
T: (212) 969-3000
F: (212) 969-2900
Email: ebloom@proskauer.com
Attorneys for Defendant
The Coca-Cola Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSE LEONARDO ROMERO GARCIA,

        Plaintiff,

vs.

THE COCA-COLA COMPANY,

        Defendant.

------------------------------------------------------------x

*[handwritten: Mag. Francis / Judge Marrero / 07 Civ. 11444]*

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

New York Supreme Court, County of
New York  Index No. 07/603953

TO:   CLERK
        SUPREME COURT, COUNTY OF NEW YORK

     PLEASE TAKE NOTICE, that on this date Defendant The Coca-Cola Company forwarded a notice of removal, pursuant to 28 U.S.C. §1446, to the Clerk of the United States District Court for the Southern District of New York to effect the removal of this action to the United States District Court. Accordingly, no further proceedings should be had in this matter in the Supreme Court of New York. A copy of Defendant's notice of removal is attached hereto as Exhibit 1.

[Stamp: NEW YORK COUNTY CLERK'S OFFICE ... 2007 NOT COMPARED WITH COPY FILE]

Dated: December 20, 2007

                PROSKAUER ROSE LLP

                By: *Elise M. Bloom* (signature)
                Elise M. Bloom
                1585 Broadway
                New York, New York 10036
                T: (212) 969-3000
                F: (212) 969-2900
                Email: ebloom@proskauer.com
                Attorneys for Defendant
                The Coca-Cola Company

To:    Kenneth F. McCallion
       McCallion & Associates, LLP
       24 West 40th Street
       New York, New York 10018