UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
JOSE LEONARDO ROMERO GARCIA,

                                                AFFIDAVIT OF SERVICE
                   Plaintiff,                  Case No. 07 cv 11444

THE COCA-COLA COMPANY,                 Judge, Marrero
                                                Mag. Judge Francis

                   Defendant.
--------------------------------------------------------

      Anthony Lopez, being duly sworn, deposes and states:

      1. I am not a party to this action, am over 18 years of age, and reside in Union County New Jersey.

      2. On December 20, 2007, I served a copy of NOTICE OF FILING A NOTICE OF REMOVAL upon the New York County Clerks Office by leaving a copy of the above mentioned documents with the worker at the counter who goes by the name of Mr. Dooley.

      Mr. Dooley can be described as a white male approximately 60 years of age, 6'0" tall, 225 Lbs., with white hair and wearing glasses.

      3. On December 20th 2007 at approximately 4:50 PM I served a copy of the NOTICE OF FILING OF NOTICE OF REMOVAL along with the Individual rules of Magistrate judge Francis and the Rules of Judge Marrero, procedures for guidelines for electronic case filing, 3rd amended instructions for filing an electronic case or appeal and guidelines for Electronic case filing upon Kenneth F. McCallion at the firm of McCallion & Associates LLP located at 24 west 40th Street, New York NY 10018, by leaving a true copy of the above mentioned document with Mr. Willie Quinones, the Litigation Director for McCallion & Associates LLP.

      4. Mr. Quinones can be described as an Hispanic male approximately 45 years of age, 6'2" tall, 275 Lbs., with short cropped black hair.

                                                                 Anthony Lopez
                                                                 Process Server's License #0845031

Sworn to before me this
27th day of December, 2007.

_____
**Notary Public**
ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Commission Expires December 4, 2010