UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
JOSE LEONARDO ROMERO GARCIA,

        Plaintiff,

vs.

THE COCA-COLA COMPANY,

        Defendant.
-----------------------------------------------------------------x

Civil Action No. 07-11444(VM)(JCF)

**ECF Case**

## CERTIFICATE OF SERVICE

I, NATHANIEL M. GLASSER, ESQ., do hereby certify that on the 27th day of December, 2007, I caused a copy of Defendant The Coca-Cola Company's Answer to Plaintiff's Complaint to be served upon Plaintiff Jose Leonardo Romero Garcia by serving a copy thereof by first class mail on the following:

    Kenneth F. McCallion, Esq.
    MCCALLION & ASSOCIATES LLP
    24 West 40th Street
    New York, New York 10018
    (646) 366-0880
    Attorney for Plaintiff

    _____
    Nathaniel M. Glasser
    Proskauer Rose LLP
    1585 Broadway
    New York, New York  10036-8299
    Telephone:    212.969.3000
    Facsimile:    212.969.2900
    Email: nglasser@proskauer.com
    Attorneys for Defendant