USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE LEONARD ROMERO GARCIA,         :
                                    :
                 Plaintiff,         :
                                    :    07 CIV 11444(VM)
           - against -              :
                                    :    ORDER
THE COCA-COLA COMPANY,              :
                                    :
                 Defendant.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint and Notice of Removal filed in this matter the Court has noted that plaintiff Jose Leonardo Romero Garcia ("Romero") asserts that he is a citizen of Guatemala; defendant Coca-Cola Company ("Coca-Cola") is a Delaware corporation with headquarters in Atlanta, Georgia doing business in New York. The complaint indicates that the events that gave rise to the action occurred in connection with Romero's employment by Coca-Cola, substantially at Coca-Cola's offices in Ft. Lauderdale, Florida. It therefore appears that in whole or in major part the material events, documents, persons and potential witnesses related to this action are located in a District of Florida or Georgia. Accordingly, it is hereby

**ORDERED** that to aid the Court's assessment of whether, for the convenience to the parties and witnesses, in the interest of justice and sound judicial administration, venue

for this matter more properly lies in a District of Florida or Georgia, the Romero is directed to respond by January 10, 2008, in a letter to the Court not to exceed three (3) pages, showing cause why this matter should not be transferred to an appropriate District of Florida or Georgia pursuant to 28 U.S.C. § 1404(a); and it is further hereby

**ORDERED** that Plaintiff serve a copy of this Order on Coca-Cola, through counsel and that Coca-Cola may respond by letter not to exceed three (3) pages submitted to the Court by January 14, 2008.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         4 January 2008

_____
VICTOR MARRERO
U.S.D.J.