AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

**APPEARANCE**

Case Number: 07/603953

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE ROMERO GARCIA ( Plaintiff)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/11/2008 | Kenneth F. McCallion |
| Date | Signature |
| | Kenneth F. McCallion          KM1591 |
| | Print Name                    Bar Number |
| | 24 West 40th Street, 17 Floor |
| | Address |
| | New York          NY          10018 |
| | City          State          Zip Code |
| | (646) 366-0880          (646) 366-1384 |
| | Phone Number          Fax Number |

Digitally signed by Kenneth F. McCallion
DN: cn=Kenneth F. McCallion, o, ou=McCallion & Associates LLP, email=kfm@mccallionlaw.com, c=US
Date: 2008.01.11 11:12:40 -05'00'