USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE LEONARD ROMERO GARCIA,          :
                                     :
                    Plaintiff,       :
                                     :         07 CIV 11444(VM)
          - against -                :
                                     :              ORDER
THE COCA-COLA COMPANY,               :
                                     :
                    Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint and Notice of Removal filed in this matter the Court noted that plaintiff Jose Leonardo Romero Garcia ("Romero") asserts that he is a citizen of Guatemala; defendant Coca-Cola Company ("Coca-Cola") is a Delaware corporation with headquarters in Atlanta, Georgia doing business in New York. The complaint indicates that the events that gave rise to the action occurred in connection with Romero's employment by Coca-Cola, substantially at Coca-Cola's offices in Ft. Lauderdale, Florida. It therefore appears that in whole or in major part the material events, documents, persons and potential witnesses related to this action are located in a District of Florida or Georgia.

By Order date January 4, 2008, the Court directed Romero to show cause why this matter should not be transferred to an appropriate District of Florida or Georgia pursuant to 28 U.S.C. § 1404(a). By letter dated January 21, 2008 Romero

responded, arguing that the action should remain in this district essentially because he has retained counsel located in this district, but that, in the event case is transferred, the Southern District of Florida would be the more convenient venue. The Court has not received any response from defendants as of January 25, 2008, the deadline set in the Court's January 4, 2008 Order for defendants to respond to this matter. Upon review of the relevant considerations and Romero's arguments, the Court is persuaded that in the interest of justice and sound judicial administration, and for the convenience of parties and witnesses, this action should be transferred to the Southern District of Florida. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to transfer this action to the Southern District of Florida pursuant to the 28 U.S.C. § 1404(a) and to close this case.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         28 January 2008

                                    VICTOR MARRERO
                                       U.S.D.J.