BOCA RATON
BOSTON
LONDON
LOS ANGELES
1585 Broadway                    NEW ORLEANS
New York, NY  10036-8299         NEWARK
Telephone 212.969.3000           PARIS
Fax 212.969.2900                 SÃO PAULO
                                 WASHINGTON

# PROSKAUER ROSE LLP

**Elise M. Bloom**
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com

January 29, 2008

**By ECF and Fax**

The Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

>        Re:    Garcia v. The Coca-Cola Company
>               Civil Action No. 07-11444(VM)

Dear Judge Marrero:

We represent defendant The Coca-Cola Company ("Coca-Cola") in the above-referenced matter.
In furtherance of our telephone conversation with Your Honor's chambers, we write to advise
the Court that Coca-Cola timely filed its response to this Court's Order dated January 4, 2008
seeking the parties' position regarding the transfer of this matter to another venue.  Pursuant to
Your Honor's individual practices, we electronically filed Coca-Cola's response on January 25,
2008, *see* Exhibit A and served courtesy copies to Your Honor's chambers and plaintiff's
counsel by overnight delivery, *see* Exhibit B.  Accordingly, we respectfully request that Your
Honor vacate its Order dated January 28, 2008 and give due consideration to Coca-Cola's
response, which was timely filed on January 25, 2008.

Respectfully submitted,

/s/ Elise M. Bloom

Elise M. Bloom

cc:    Kenneth McCallion, Esq. (via ECF)

# EXHIBIT A

## Other Answers

1:07-cv-11444-VM Romero Garcia v. The Coca-Cola Company
ECF

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Bloom, Elise on 1/25/2008 at 5:36 PM EST and filed on 1/25/2008

**Case Name:**           Romero Garcia v. The Coca-Cola Company
**Case Number:**         1:07-cv-11444
**Filer:**               The Coca-Cola Company
**Document Number:** 12

**Docket Text:**
**RESPONSE re: [8] Order,,, *Letter Response to Court's Order dated January 4, 2008*. Document filed by The Coca-Cola Company. (Attachments: # (1) Exhibit A and B) (Bloom, Elise)**

**1:07-cv-11444 Notice has been electronically mailed to:**

Elise Michelle Bloom     ebloom@proskauer.com, lsosdny@proskauer.com

Nathaniel M. Glasser     nglasser@proskauer.com, lsosdny@proskauer.com

Kenneth Foard McCallion     kfm@mccallion-law.com

**1:07-cv-11444 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/25/2008] [FileNumber=4212605-0
] [b1383c17a0fe5fc8cc0294b68d5834c2e703b185f9a6ca68b5186762e9d7f05116f
aae6c29585e5b1c7d3f7f357fcf87dd57af22e77ded89ee099aaf59209d7d]]
**Document description:**Exhibit A and B
**Original filename:**n/a
**Electronic document Stamp:**

Case 1:07-cv-11444-VM     Document 14     Filed 01/29/2008     Page 4 of 9

[STAMP dcecfStamp_ID=1008691343 [Date=1/25/2008] [FileNumber=4212605-1
] [9cbf74f202ed68aec16d05074f6c87e874bc1be82d141dfaee1b10af00a3fd5f248
14945f968352e0fdac9cd1d935034326f3e99d6174caad9389de2fb587310]]

# EXHIBIT B



<< Log out    Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Honorable Victor Marrero, USDJ United States District Court 500 PEARL ST RM 660 SOUTHERN DISTRICT OF NEW YORK NEW YORK, NY 100071316 US 9732743236 | **Package type:** **Pickup/Drop Off:** **Weight:** **Dimensions:** **Declared value:** **Shipper account number:** **Bill transportation to:** **Courtesy rate quote:*** **Discounted variable %** **Cod amount** | FedEx Envelope give to scheduled courier at my loca 1 LBS 0 x 0 x 0 in 0 USD 145208157 145208157 11.01 |
| **From:** | Melissa Brady Proskauer Rose LLP One Newark Center, 18th Floor Newark, NJ 07102 US 9732743238 | **Special services:** **Shipment Purpose:** **Shipment type:** **Commercial/Residential Status:** | Express Commercial |

**Tracking no:**      791485249732
**Your reference:**   20820-002 (Garcia)
**Ship date:**        Jan 25 2008
**Service type:**     Priority Overnight

**Print**                                                                **Return t**

## Please note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



Track Shipments/FedEx Kinko's Orders
## Detailed Results

Print

| | | | |
|---|---|---|---|
| **Tracking number** | 791485249732 | **Reference** | 20820-002 (Garcia) |
| **Signed for by** | P.GELARDI | **Destination** | NEW YORK, NY |
| **Ship date** | Jan 25, 2008 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Jan 28, 2008 8:55 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

☒ Signature Image

| Request copy of signature |
|---|

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 28, 2008** | 8:55 AM | **Delivered** | NEW YORK, NY | |
| | 7:48 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 26, 2008** | 12:16 PM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 4:06 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 25, 2008** | 11:17 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 9:55 PM | Left origin | UNION, NJ | |
| | 6:26 PM | Picked up | ELIZABETH, NJ | |
| | 1:30 PM | Package data transmitted to FedEx | | |

| E-mail results | | Track more shipments/orders |
|---|---|---|

Subscribe to tracking updates (optional)

**Your name:**                    **Your e-mail address:**

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out     Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Kenneth F. McCallion, Esq.<br>McCallion & Associates LLP<br>24 W 40TH ST<br>NEW YORK, NY<br>100183904<br>US<br>6463660880 | **Package type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared value:**<br>**Shipper account number:**<br>**Bill transportation to:** | FedEx Envelope<br>give to scheduled courier at my loca<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>145208157<br>145208157 |
| **From:** | Melissa Brady<br>Proskauer Rose LLP<br>One Newark Center, 18th<br>Floor<br>Newark, NJ  07102<br>US<br>9732743238 | **Courtesy rate quote:***<br>**Discounted variable %**<br>**Cod amount**<br>**Special services:**<br>**Shipment Purpose:**<br>**Shipment type:**<br>**Commercial/Residential Status:** | 11.01<br><br><br><br><br>Express<br>Commercial |

| | |
|---|---|
| **Tracking no:** | 799791006680 |
| **Your reference:** | 20820-002 (Garcia) |
| **Ship date:** | Jan 25 2008 |
| **Service type:** | Priority Overnight |

**Print**                                                                 **Return t**

## Please note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary \ e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



Close Window

Track Shipments/FedEx Kinko's Orders
# Detailed Results

 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 799791006680 | **Reference** | 20820-002 (Garcia) |
| **Signed for by** | W.Q | **Destination** | NEW YORK, NY |
| **Ship date** | Jan 25, 2008 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 28, 2008 8:25 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

| × | Signature Image |

[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 28, 2008** | 8:25 AM | **Delivered** | NEW YORK, NY | |
| | 7:29 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 26, 2008** | 10:20 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 6:46 AM | At local FedEx facility | NEW YORK, NY | |
| | 4:06 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 25, 2008** | 11:17 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 9:55 PM | Left origin | UNION, NJ | |
| | 6:26 PM | Picked up | ELIZABETH, NJ | |
| | 1:35 PM | Package data transmitted to FedEx | | |

[ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your name:**                    **Your e-mail address:**

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**